UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                  Chapter 11 Case

DEL VALLE IMPORT, LLC,                                  Case No. 25-10078-PDR

                Debtor.
_____/

**NOTICE OF BANKRUPTCY RULE 2004
EXAMINATION *DUCES TECUM* OF THE DEBTOR**

      JFUN AR I, LLC f/k/a Silo Technologies, Inc. ("Silo"), by and through its undersigned counsel and pursuant to Fed. R. Bank. P. 2004 and Local Rule 2004-1, hereby gives notice that it will conduct the Bankruptcy Rule 2004 examination duces tecum of **Del Valle Import LLC** ("Debtor"), under oath, on **March 26, 2025 at 10:00 AM** at the following location:

**Shutts & Bowen LLP
201 East Las Olas Blvd.
Suite 2200
Fort Lauderdale, FL 33301**

      The examination is being taken pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. Pursuant to Local Rule 2004-1, no order shall be necessary. If the examinee requires an interpreter, it is examinee's responsibility to engage the employment of such interpreter to be present at the examination. Any objection must be heard prior to the taking of the examination. The scope of the examination shall be as described in Bankruptcy Rule 2004.

**On or before 5:00 PM on March 7, 2025**,[1] the Debtor is further directed to produce and deliver all documents, electronically stored information, or objects described on the attached **Schedule "A" -** Documents Requested for Bankruptcy Rule 2004 Examination, subject to the Definitions and Instructions provided therein, to: JFUN AR I, LLC f/k/a Silo Technologies, Inc., c/o Harris J. Koroglu, Esq., Shutts & Bowen LLP, 200 South Biscayne Blvd., Suite 4100, Miami, FL 33131.

Dated: February 21, 2025

Respectfully submitted,

*/s/ Harris J. Koroglu*

| | |
|---|---|
| Bruce W. Akerly (admitted *Pro Hac Vice*) | Harris J. Koroglu |
| Robert N. Loughran (admitted *Pro Hac Vice*) | Florida Bar No. 32597 |
| **AKERLY LAW PLLC**[2] | **SHUTTS & BOWEN LLP** |
| 2785 Rockbrook Drive, Suite 201 | 200 South Biscayne Blvd., Suite 4100 |
| Lewisville (DFW), TX 75067 | Miami, FL 33131 |
| Telephone: (469) 444-1864 | Telephone: (305) 347-7314 |
| E-mail: bakerly@akerlylaw.com | E-mail: hkoroglu@shutts.com |
|       rloughran@akerlylaw.com | |

*Counsel for JFUN AR I, LLC f/k/a Silo Technologies, Inc.*

---

[1] Local Rule 2004-1(B) provides that to the extent a request for documents under Local Rule 2004-1 may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to 14 days.

[2] The undersigned attorneys are appearing *pro hac vice* in this matter pursuant to the following Orders Admitting Attorney *Pro Hac Vice*: (i) Bruce W. Akerly [ECF No. 28]; and (ii) Robert N. Loughran [ECF No. 29].

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 21, 2025, a true and correct copy of the foregoing was served on all parties receiving notice in this case via CM/ECF and via first class U.S. Mail to the parties listed below.

/s/ *Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597

Del Valle Import, LLC
7890 NW 15 Ct.
Hollywood, FL 33024

## SCHEDULE "A":

## DOCUMENTS REQUESTED FOR BANKRUPTCY RULE 2004 EXAMINATION

### I. DEFINITIONS

1. "You" or "Your" or "Debtor" means Del Valle Import, LLC, and each of its current and former agents, accountants, financial advisors, employees, experts, attorneys, officers, directors, direct and indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and successors.

2. The word "Document" means any written, printed, typed, recorded or graphic matter, of every type and description, however and by whomever prepared, produced reproduced, disseminated or made, in any form, whether in draft or final, which is or was in your actual or constructive possession, custody, or control, or within your knowledge, including but not limited to, correspondence, text messages, telegrams, notes or sound recordings of any type of personal or telephone conversations, or of any meetings or conferences, minutes of meetings, memoranda, interoffice communications, e-mail or other electronic communications, text messages, studies, tables, charts, crafts, analyses, reports, results of investigations, reviews, contracts, agreements, working papers, statistical records, ledgers, books of account, vouchers, bank checks, invoices, receipts, computer data or printouts, stenographer's note books, desk calendars, appointment books, diaries, photographs, photographs, sound or video recordings, or matter similar to any of the foregoing, however denominated, including items in the possession, custody, or control of any other person, including Your attorneys. The word "Document" includes all matter that relates or refers in whole or in part to the subjects referred to in any document request. If a document has been prepared in several copies, or additional copies have been made, and the copies are not identical (or which, by reason of subsequent modification are no longer identical) each no identical copy is a separate "Document". To the extent not already defined herein, the term "Document" further includes all electronic and computer data ("electronic data") in its native format. Electronic data includes - by way of example only computer programs (whether private, commercial or work-in-progress), programming notes or instructions, activity listings of electronic mail receipts and/or transmittals, output resulting from the use of any software program, including word processing documents, spreadsheets, electronic schedules, logs, database files (including descriptive information regarding tables, fields and values), peripheral drives, batch files, ASCII files, and any and all miscellaneous files and/or file fragments, regardless of the media on which they reside and regardless of whether said electronic data consists in an active file, deleted file or file fragment. Electronic data also includes any and all items stored on computer memories, hard disks, floppy disks, CD-ROMs, DVDs, removable media such as Zip disks, thumb drives, digital memory cards and their equivalent, magnetic tapes of all types, on or in any other vehicle for digital data storage and/or transmittal. The term electronic data further includes the file, folder tabs and/or containers and labels appended to, or associated with, any physical storage device associated with each original and/or copy. "Document" shall be synonymous in meaning and equal in scope to the usage of this word in Rule 34 of the Federal Rules of Civil Procedure. A draft or non-identical copy is a separate document within the meaning of the word "Document."

3. "Petition Date" shall refer to the January 6, 2025 date the Debtor filed for bankruptcy.

4. "Property" shall mean all of the assets owned by the Debtor including all interest under real estate leases, all inventory, all receivables, all contracts, all cash, all investment property, all intellectual property and all litigation and other claims.

5. "Communication" or "communications" means the conveyance of information or knowledge by writing, orally or otherwise and includes, without limitation, writings, letters, memoranda, reports, notes, telegrams, interoffice communication, electronic mail, text messages, app message services, audiotapes, videotapes, computer programs, and any form of electromagnetic storage.

6. "And" and "or" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

7. "Any" means one or more.

8. "Describe," "discuss," "analyze," "describing," "discussion," or "analyzing," mean any document that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

9. "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

10. "Relate to" and "relating to" mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

11. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

12. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

**II.    INSTRUCTIONS**

The following instructions apply to each request set forth herein:

1.      The Documents requested herein are to be (i) as they are kept in the usual course of business or (ii) organized and labeled to correspond to the numbered paragraphs or categories of particular requests, and if responsive to more than request, produced in response to the first request to which it is responsive. If there are no documents responsive to a particular numbered paragraph or category, state so in writing.

2.      Documents attached to each other (physically or electronically) shall not be separated.

3.      If any Document requested herein was at one time in existence, but has been lost, discarded, or destroyed, in writing: (i) identify such Document; (ii) whether any copy is the possession, custody, or control of some other person; (iii) indicate why the Document or a copy cannot be produced; and (iv) describe the circumstances under which the Document was lost, discarded, or destroyed, including, but not limited to, stating who destroyed the Document when, why, and pursuant to what authority as well as the author, recipient, and subject matter of the Document.

4.      If any Document is withheld on the basis of a claim or privilege or confidentiality, state, in writing: (i) the basis of the privilege or confidentiality upon which You are relying; (ii) the holder(s) of the privilege; (iii) the type of Document (e.g. letter, memorandum, etc.); (iv) the date of the Document; (v) the author(s); (vi) the recipient(s); (vii) the relationship between the author(s) and recipient(s); and (viii) the subject matter of the Document.

5.      Each Document produced in response to the requests shall be provided in its entirety notwithstanding the fact that portions thereof may contain information not requested. All interim and final versions of the Document shall be produced, and all versions or copies that are not identical to the original or other produced versions of the Document, whether due to handwritten notations, modifications, changes, amendments, revisions, or otherwise, shall be produced.

6.      In producing the requested Documents, even though the requests are directed to "You," furnish all Documents which are available to You, including Documents in the possession of any of Your officers, directors, employees, agents, attorneys, investigators, accountants, or consultants, and not merely just Documents in Your physical possession.

7.      The requests which follow are to be regarded as continuing. You are requested to provide by the way of supplementary compliance herewith, such additional Documents as You or any other person in Your control may hereafter obtain, which will augment the Documents now being produced.

### III. REQUESTED DOCUMENTS

<u>*TIME PERIOD*</u>*: Unless stated otherwise, the time period for all document requests set forth herein is from January 6, 2021 through and including the present.*

*Part 1: The Debtor's Financials*

1. All tax returns filed by the Debtor for the calendar years 2022, 2023 and 2024, including all corresponding schedules, worksheets, supplements, amendments, extensions, and the like filed with such tax returns.

2. All Documents used by the Debtor to prepare its 2022, 2023 and 2024 tax returns.

3. All Documents that will be used to prepare the Debtor's 2024 tax return (if not already filed).

4. All of the Debtor's financial statements for the calendar years 2022, 2023 and 2024.

5. All schedules of assets and liabilities, including but not limited to bankruptcy schedules of assets and liabilities and statements of financial affairs for the Debtor for the calendar years 2022, 2023 and 2024.

6. All inventories of assets and liabilities of the Debtor for calendar year 2024, including without limitation all inventory reports reflecting or evidencing the type, amount and/or value of the inventory of the Debtor in calendar year 2024.

7. All accountings, including, without limitation, any financial statements, income and expense statements, operating statements, accounts receivable statements, accounts payable statements, generated by or on behalf of the Debtor at any time during calendar years 2023 and 2024.

8. An accounting of any and all compensation, distributions, loans, salary or draws paid by the Debtor to Yasmin Molina, or any insider of the Debtor during calendar years 2021, 2022, 2023 and 2024.

9. All Documents evidencing any sales made by the Debtor in calendar year 2024.

10. All Documents evidencing any payments received by the Debtor in calendar year 2024.

11. All Documents relating to the transfer, sale, or potential sale (whether in final or in draft form) of all or a portion of the Property by the Debtor to any party in calendar year 2024, including, without limitation, any written inquiries, offers, acceptances, contracts, purchase and sale agreements, estimated settlement statements, settlement statements, options, letters of intent, memoranda of understanding, letter agreements, loan or credit applications (including documents

submitted therewith), financial statements, loan agreements, credit agreements, deed, mortgages, deeds of trust, promissory notes, and closing statements.

12. All Documents evidencing the Debtor's purported annual gross revenue for calendar years 2023 and 2024.

13. All bank statements, generated at any time during the two (2) year period immediately preceding the Petition Date, relating to any account in which the Debtor has, or at any time had, any interest.

14. A copy of all of the cancelled checks (front and back) and wire confirmations for all monies deposited into and withdrawn from the account(s) referenced in enumerated request number 13 above, for any amount greater than or equal to $2,500.

15. All credit card statements for any credit card issued in the name of the Debtor or for which the Debtor is responsible or liable for payment.

16. All Documents evidencing, relating to or reflecting any contracts and/or agreements with any customers of the Debtor.

17. All Documents evidencing, relating to or reflecting any purchase orders issued to any of the Debtor's suppliers.

18. All Documents relating in any manner to Debtor's claims to any monies and/or property owed to Debtor by any person or entity, including but not limited to (a) the amounts of the monies and/or property allegedly owed to Debtor, (b) when Debtor expects to receive the monies and/or property, (c) the current location of the monies and/or property, and (d) the form in which the monies and/or property are currently held.

19. All Documents evidencing or relating to any payments made by the Debtor to creditors within the ninety (90) day period immediately preceding the Petition Date.

20. All Documents evidencing or relating to any payments made by the Debtor to insiders of the Debtor within the one (1) year period immediately preceding the Petition Date.

21. All Documents evidencing any loans made to or by the Debtor during calendar years 2023 and 2024.

*Part 2: The Debtor's Property*

22. All Documents relating to the value of the Property, including, without limitation, any appraisals, broker price opinions, offers, letters of intent, contracts (draft or otherwise), documents relating to comparable sales and cash flow analyses.

23. All Documents relating to any expenditures made by the Debtor with respect to the Property during the two (2) year period immediately preceding the Petition Date, including,

without limitation, any bids, proposals, quotes, estimates, offers, letters of intent, term sheets, contracts, agreements, receipts, copies of checks (front and back) and/or money orders, ledgers, spreadsheets, income and expense statements and accountings.

24. All Documents relating to any efforts, within the two (2) year period immediately preceding the Petition Date, to refinance the Property, including, without limitation, any loan or credit applications (including documents submitted therewith), financial statements, prequalification letters, commitment letters, rate quotes, correspondence with prospective lenders, rejection notices, copies of documents sent to prospective lenders, estimated settlement statements and settlement statements.

25. All Documents relating to any efforts, within the two (2) year period immediately preceding the Petition Date, to market the Property for sale, including, without limitation, any listing agreements, broker representation agreements, brochures, written advertisements, flyers, marketing agreements, notes, memoranda and accountings.

26. All Documents relating to any pre-Petition Date sale or potential sale of all or a portion of the Property by the Debtor to any party, including, without limitation, any written inquiries, offers, acceptances, contracts, purchase and sale agreements, estimated settlement statements, settlement statements, options, letters of intent, memoranda of understanding, letter agreements, loan or credit applications (including documents submitted therewith), financial statements, loan agreements, credit agreements, deed, mortgages, deeds of trust, promissory notes, and closing statements.

27. All Documents and Communications related to Tropifresh Corp.

28. All Documents and Communications related to Tropifresh, LLC.

29. All Documents and Communications related to any company or Person affiliated with Tropifresh Corp.

30. All Documents and Communications related to any company or Person affiliated with Tropifresh, LLC

31. All agreements between You and Tropifresh Corp.

32. All agreements between You and Tropifresh, LLC.

33. All Documents and Communications regarding the transfer of any value from You (or any Person affiliated with You) to Tropifresh Corp. (or any Person affiliated with Tropifresh Corp.).

34. All Documents and Communications regarding the transfer of any value from You (or any Person affiliated with You) to Tropifresh LLC (or any Person affiliated with Tropifresh LLC.).

35. All Documents and Communications related to You acting as the guarantor of the debts of Tropifresh LLC.

36. All Documents and Communications related to You acting as the guarantor of the debts of Tropifresh Corp.

*Part 3: The Chapter 11 Bankruptcy*

37. All Documents relating in any manner to the source(s) of money the Debtor will utilize to pay its creditors through any chapter 11 plan.

38. All Documents relating in any manner to the time frame in which the Debtor intends to pay its creditors through any chapter 11 plan.

39. All Documents relating to any post-Petition Date efforts to obtain debtor-in-possession financing, including, without limitation, any loan or credit applications (including documents submitted therewith), financial statements, prequalification letters, commitment letters, rate quotes, correspondence with prospective lenders, rejection notices, copies of documents sent to prospective lenders, estimated settlement statements and settlement statements.

40. All Documents relating to any post-Petition Date efforts to market the Debtor and/or the Property for sale, including, without limitation, any listing agreements, broker representation agreements, brochures, written advertisements, flyers, marketing agreements, notes, memoranda and accountings.

41. All Documents relating to any post-Petition Date sale or potential sale of all or a portion of the Debtor and/or the Property to any party, including, without limitation, any written inquiries, offers, acceptances, contracts, purchase and sale agreements, estimated settlement statements, settlement statements, options, letters of intent, memoranda of understanding, letter agreements, loan or credit applications (including documents submitted therewith), financial statements, loan agreements, credit agreements, deed, mortgages, deeds of trust, promissory notes, and closing statements.

42. All Documents which reflect, evidence, support, refer to, are related to, oppose, contradict and/or refute Debtor's contention that this bankruptcy case was filed in "good faith."

43. All Documents supporting any Chapter 11 Plan filed or intended to be filed, including the feasibility of making and/or paying and/or affording the proposed monthly Chapter 11 Plan payments and the feasibility of the Chapter 11 Plan being approved and/or executed.